NUMBER 13-08-00163-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE: BINA SHAHANI


 



On Petition for Writ of Mandamus 

 


MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Garza and Benavides

Memorandum Opinion Per Curiam


 Relator, Bina Shahani, filed a petition for writ of mandamus in the above cause on
March 31, 2008, in which she requests this Court to direct respondent, the Honorable Aida
Salinas Flores, Presiding Judge of the 398th Judicial District Court of Hidalgo County,
Texas, to (1) vacate its order overruling relator's special appearance and (2) dismiss the
petition for divorce filed by the real party in interest, Azhar Said. This Court requested and
received a response from the real party in interest. Relator has since filed a motion to
dismiss the petition for writ of mandamus. 

 The Court, having examined and fully considered relator's motion to dismiss petition
for writ of mandamus, is of the opinion that the motion should be granted. Accordingly,
relator's motion to dismiss petition for writ of mandamus is GRANTED, and this original
proceeding is DISMISSED without reference to the merits.

 

 PER CURIAM


Memorandum Opinion delivered and 

filed this 18th day of March, 2009.